# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:17-cv-07766-RGK-JEM |
| Date | October 25, 2018 |
| Title | *Gabe McCool v. Life Insurance Company of North America, et al.* |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendant: Not Present

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    Both parties assume that the Court should apply a de novo standard of review. That said, the insurance company in this case is arguably operating under a conflict of interest but has clear discretionary authority to interpret the policy. (Policy at 16, Administrative Record 1117, ECF No. 43-7.) Because the plan document confers discretionary authority to LINA, the standard of review may be abuse of discretion. *See Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 115 (1989); *Carrillo v. Life Insurance Company of North America*, No. CV-09-8277-DMG-JEMx, 2010 WL 11597439, at *2 (C.D. Cal. Aug. 30, 2010); *Murphy v. Life Insurance of North America*, No. CV 04-8726-AHM-FMOx, 2006 WL 8434032, at *3 (C.D. Cal. Jan. 30, 2006). Accordingly, the Court requires supplemental briefing as to why it should not apply the abuse of discretion standard. Parties have until November 1, 2018 to submit supplemental briefing, no more than five (5) pages in length each.

    **IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____